IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE GENE EVANS,

    Petitioner,                                   JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 14-cv-384-wmc

EDWARD WALL and
CAPTAIN DONAVAN,

    Respondents.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing the petition for a writ of habeas corpus filed by Eddie Gene Evans without prejudice for want of prosecution.  Alternatively, the petition is dismissed as moot.

/s/                                                             9/8/2014

Peter Oppeneer, Clerk of Court                   Date